## STATE OF NEVADA, Appellant, *v.* H. S. HERRICK, Respondent.

A defendant tried on a criminal charge and found not guilty by a jury cannot again be put on trial for the same offense.

This was an appeal from the District Court of the Sixth Judicial District, Hon. W. H. Beatty, presiding.

The defendant, a county officer, was indicted for purchasing county scrip, in violation of the statute in that regard. On the trial, the District Attorney offered in evidence a certain county warrant, which he proposed to show the defendant had purchased for his own use whilst holding a county office. The defendant objected to any proof being made in regard to that scrip because it had no United States Revenue Stamp. The Court below sustained the objection that the warrant being without a stamp was void, and therefore the defendant committed no offense in buying it.

The District Attorney having no other evidence to sustain the indictment, the jury were directed to bring in a verdict of acquittal. The State appealed from the judgment, and assigned the ruling on this evidence as error. The whole argument turned on the propriety of admitting or rejecting the evidence offered. The Court, however, did not decide the point; holding that where a party is found not guilty on a sufficient indictment, he cannot again be put upon his trial, notwithstanding errors may have been committed during the trial adverse to the prosecution.

Opinion by Lewis, J., Beatty, C. J., concurring.

The record shows that the defendant was tried and acquitted. He cannot again be tried for the same offense. The appeal should not therefore have been taken, and must be dismissed.

So ordered.